| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN COTE,<br><br>PLAINTIFF,<br><br>v.<br><br>BARCLAYS BANK DELAWARE (DBA BARCLAYCARD) and DOES 1 through 100<br><br>DEFENDANTS. | Case No. 14-cv-2370 GPC JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>Hon. Gonzalo P. Curiel |

Pursuant to the Joint Motion to Dismiss Action With Prejudice, and good cause appearing, this action is hereby dismissed with prejudice, with each party to bear her/its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: October 15, 2015

_____
Hon. Gonzalo P. Curiel
United States District Judge